# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0870

_____

R.E.B.,

    Petitioner,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES, et al.,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

March 27, 2026

PER CURIAM.

    DISMISSED.

OSTERHAUS, C.J., and RAY and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

R.E.B., pro se, Petitioner.

No appearance for Respondent.